| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Machell Alice Dunlap** | | Social Security number or ITIN | **xxx–xx–5406** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Michigan** | | | |
| Case number: | **16–48221–wsd** | | | |

## Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Machell Alice Dunlap

8/30/16                                                                         **By the court:** /s/ Walter Shapero.Detroit
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                             Case No. 16-48221-wsd
Machell Alice Dunlap                                               Chapter 7
         Debtor             CERTIFICATE OF NOTICE
District/off: 0645-2          User: nmcca              Page 1 of 2              Date Rcvd: Aug 30, 2016
                              Form ID: 318             Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2016.
```
db           +Machell Alice Dunlap,    845 Center St.,    Jackson, MI 49202-3103
24200155     +12th District Court,    312 S. Jackson St.,    Jackson, MI 49201-2220
24200156     +Allegiance Health - Foote,    205 N East Ave.,    Jackson, MI 49201-1753
24200161     +Dr. Dana Dewitt, DO,    300 W Washington Ave. #150,    Jackson, MI 49201-2175
24200162     +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
24200163      Experian,    Po Box 2002,    Allen, TX 75013-2002
24200166     +Jackson District Library,    244 W Michigan Ave.,    Jackson, MI 49201-2275
24200168     +Michigan Department of Treasury,    Third Party Withholding Unit,    PO Box 30785,
               Lansing, MI 48909-8285
24200169     +Midland Funding LLC,    2365 Northside Drive Ste. 300,    San Diego, CA 92108-2709
24200171     +Northwest Refuse,    c/o Granger,    PO Box 22213,    Lansing, MI 48909-2213
24200173     +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield, OH 44143-2182
24200174    ++++SPECIALIZED LOAN SERVICING,     PO BOX 266005,    LITTLETON CO 80163-6005
             (address filed with court: Specialized Loan Servicing,    PO Box 266005,    Littleton, CO 80163)
24200177      Transunion,    PO Box 2000,    2 Baldwin Pl,    Crum Lynne, PA 19022-1370
24200180     +Weber & Olcese, P.L.C.,    Attn.: Jeffrey M. Weber,    3250 W. Big Beaver Rd.,
               Troy, MI 48084-2902
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24200157     +EDI: CAPITALONE.COM Aug 30 2016 22:53:00    Capital One Bank (USA), N.A.,   PO Box 30281,
               Salt Lake City, UT 84130-0281
24200158     +Fax: 602-659-2196 Aug 30 2016 23:20:34    ChexSystems,    Attn.: Customer Relations,
               7805 Hudson Road,    St. Paul, MN 55125-1703
24200159     +EDI: CITICORP.COM Aug 30 2016 22:53:00    Citibank, N.A.,    PO Box 6500,
               Sioux Falls, SD 57117-6500
24200160     +EDI: CCS.COM Aug 30 2016 22:53:00    Credit Collection Service,    725 Canton St.,
               Norwood, MA 02062-2679
24200164     +EDI: AMINFOFP.COM Aug 30 2016 22:53:00    First Premier Bank,    3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
24200165      EDI: IRS.COM Aug 30 2016 22:53:00    Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114
24200167     +E-mail/Text: bonnie@ljross.com Aug 30 2016 23:07:04     LJ Ross Associates,    4 Universal Way,
               Jackson, MI 49202-1455
24200170      E-mail/Text: bankruptcydepartment@tsico.com Aug 30 2016 23:08:40     NCO Financial,
               Po Box 4903,    Trenton, NJ 08650-4903
24200172      EDI: PRA.COM Aug 30 2016 22:53:00    Portfolio Recovery,    120 Corporate Blvd.,
               Norfolk, VA 23502
24200175     +EDI: WTRRNBANK.COM Aug 30 2016 22:53:00    TD Bank USA/Target Credit,    PO Box 673,
               Minneapolis, MN 55440-0673
24200176     +E-mail/Text: crwkflw@firstdata.com Aug 30 2016 23:08:20     Telechek Services, Inc,
               5251 Westheimer,    Houston, TX 77056-5499
24200178     +E-mail/Text: ebn@unique-mgmt.com Aug 30 2016 23:08:19     Unique National Collection,
               119 E Maple St.,    Jeffersonville, IN 47130-3439
24200179     +EDI: BLUESTEM.COM Aug 30 2016 22:53:00    Webbank/Fingerhut,    6250 Ridgewood Road,
               Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                    Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2016 at the address(es) listed below:
         Douglas   Ellmann    detrustee@gmail.com,
          mi04@ecfcbis.com;de@trustesolutions.com;DE@trustesolutions.net
         Kimberly   Savage    on behalf of Debtor Machell Alice Dunlap ksavage@savagelawplc.com
                                                                                                            TOTAL: 2